**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9          SAN JOSE DIVISION

10   William Rupert, et al.,                         NO. C 10-02172 JW

11              Plaintiffs,                          **ORDER VACATING CASE
                                                     MANAGEMENT CONFERENCE**
        v.
12
     Robert Atack, et al.,
13
                Defendants.
14   _____/

15          This case is scheduled for a Case Management Conference on November 22, 2010.

16   Defendants have filed a Motion to Dismiss currently set for hearing on January 31, 2011.  (See

17   Docket Item No. 14.)  On November 9, 2010, Defendants filed a Request for Continuance of the

18   Case Management Conference pending a ruling on their dispositive Motion.  (Docket Item No. 16.)

19   Plaintiffs do not oppose this request.  (Docket Item No. 17 at 10.)

20          In light of Defendants' pending dispositive Motion, the Court finds that a Case Management

21   Conference would be premature at this time.  Accordingly, the Court VACATES the November 22

22   Conference.  The Court will set a new Case Management Conference date in its Order addressing

23   Defendants' Motion to Dismiss, if necessary.

24

25   Dated: November 16, 2010          _____
                                       JAMES WARE
26                                     United States District Judge

27

28

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  John P. Devine john.devine@doj.ca.gov

3  William Rupert &
   Carol Slater
4  P.O. Box 66403
   Scotts Valley, CA 95067-6403
5

6

7  **Dated:  November 16, 2010**                    **Richard W. Wieking, Clerk**

8                                                    **By:     /s/ JW Chambers**
                                                        **Elizabeth Garcia**
9                                                       **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28